UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS JAIME,

                    Plaintiff,

        -against-

NEW YORK STATE OFFICERS; STATE
OFFICERS/MANHATTAN COURTS; STATE
OFFICER/LIEUTENANT MANHATTAN
COURTS; STATE OFFICER/MANHATTAN
COURTS; STATE OFFICER MANHATTAN
COURTS,

                    Defendants.

24-CV-266 (DEH)

**VALENTIN ORDER**

DALE E. HO, United States District Judge:

Plaintiff Luis Jaime, who currently is incarcerated at Sullivan Correctional Facility,

brings this action, *pro se*, under 42 U.S.C. § 1983, regarding events occurring in the "Manhattan

courts" on September 30, 2023. By order dated February 14, 2024, the Court granted Plaintiff's

request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court

in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff appears to

supply sufficient information to permit the New York State Attorney General's Office, which is

the attorney for and agent of New York State Unified Court System, to identify the four John

Doe court officers who allegedly saw Plaintiff fall down a flight of stairs while handcuffed, left

him on the floor for an hour, and ignored his pleas for medical attention. It is therefore ordered

that the New York State Attorney General's Office must ascertain the identities of each Doe

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

whom Plaintiff seeks to sue here and the address where each defendant may be served. The New York State Attorney General's Office must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the Doe defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the newly named defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is directed to: (1) mail a copy of this order and the complaint to the New York State Attorney General's Office, Managing Attorney, 28 Liberty Street, 16th Floor, New York, NY 10005; and (2) mail an information package to Plaintiff.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 18, 2024
         New York, New York

_____
        DALE E. HO
   United States District Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**

under the Civil Rights Act, 42 U.S.C. § 1983

Jury Trial:  ☐ Yes    ☐ No

(check one)

___ Civ. _____ (   )

I.      **Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's      Name_____
                 ID#_____
                 Current Institution_____
                 Address_____
                 _____

B.      List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1      Name _____ Shield #_____
                     Where Currently Employed _____
                     Address _____
                     _____

*Rev. 01/2010*                    1

Defendant  No. 2        Name  _____ Shield #_____

                        Where Currently Employed _____

                        Address _____

                        _____


Defendant  No. 3        Name  _____ Shield #_____

                        Where Currently Employed _____

                        Address _____

                        _____


<table>
<tr><td>Who did what?</td></tr>
</table>

Defendant  No. 4        Name  _____ Shield #_____

                        Where Currently Employed _____

                        Address _____

                        _____


Defendant  No. 5        Name  _____ Shield #_____

                        Where Currently Employed _____

                        Address _____

                        _____


## II.      Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.


A.      In what institution did the events giving rise to your claim(s) occur?

        _____
        _____


B.      Where in the institution did the events giving rise to your claim(s) occur?

        _____


C.      What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?

        _____
        _____
        _____


D.      Facts:_____

<table>
<tr><td>What happened to you?</td></tr>
</table>

        _____
        _____
        _____
        _____

*Rev. 01/2010*                                          2

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____

**Who else saw what happened?**

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____
_____
_____

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

    Yes ____   No ____   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

    Yes ____   No ____   Do Not Know ____

    If YES, which claim(s)?
    _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

    Yes ____   No ____

    If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

    Yes ____   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?
    _____

    1.  Which claim(s) in this complaint did you grieve?
        _____

        _____

    2.  What was the result, if any?
        _____

        _____

    3.  What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.
        _____
        _____
        _____
        _____

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:
        _____
        _____
        _____

_____
_____
_____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____
_____
_____
_____
_____
_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.    Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Case 1:24-cv-00266-DEH-GS   Document 7   Filed 03/18/24   Page 8 of 9


_____
_____
_____

## VI.   Previous lawsuits:

**On these claims**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No _____

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____   No _____

If NO, give the approximate date of disposition_____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.      Is the case still pending?  Yes _____    No _____

If NO, give the approximate date of disposition_____

7.      What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff      _____

Inmate Number            _____

Institution Address       _____

_____

_____

_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____