UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS JAIME,

                         Plaintiff,                **24 Civ. 266 (DEH) (GS)**

       -against-                             **ORDER**

NEW YORK STATE OFFICERS, *et al.*,

                       Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      On March 18, 2024, the Honorable Dale E. Ho issued a *Valentin* Order (the "Order"). (Dkt. No. 7). To aid Plaintiff's attempts at serving certain unidentified individual defendants in this matter, the Order required the New York State Attorney General's Office ("OAG") to "ascertain the identities of each Doe whom Plaintiff seeks to sue [] and the address where each defendant may be served." (*Id.* at 1-2). The Order further required OAG to provide this information "to Plaintiff and the Court" within 60 days of its issuance. (*Id.*). Thus, OAG was required to file a response to the Order by May 17, 2024. However, to date, OAG has not supplied the required information to the Court.

      In light of the foregoing, OAG is **ORDERED**, **on pain of sanctions**, to comply with Judge Ho's *Valentin* Order by **Wednesday, June 17, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
                June 5, 2024

                                                                  _____
                                                            The Honorable Gary Stein
                                                            United States Magistrate Judge