**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS JAIME,

<table>
<tr><td>Plaintiff,</td><td>**24 Civ. 266 (DEH) (GS)**</td></tr>
<tr><td>-against-</td><td>**<u>ORDER</u>**</td></tr>
</table>

NEW YORK STATE OFFICERS,
*et al.*,

Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

In light of the Office of the Attorney General's ("OAG") belated response to Judge Ho's *Valentin* Order and the undersigned's Order requiring compliance therewith (*see* Dkt. Nos. 7, 14, 15), Plaintiff shall have until **Friday, August 30, 2024** to file a Second Amended Complaint ("SAC"). Plaintiff is directed to use the OAG's July 17, 2024 letter (Dkt. No. 15) as a guide to determine which additional defendants to include in his SAC. Upon Plaintiff's filing of the forthcoming SAC, the U.S. Marshals Service is directed to promptly serve the SAC's named defendants at New York County Criminal Court, 100 Centre Street, New York, NY 10013.

The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at DIN: 22B4805, Wende Correctional Facility, P.O. Box 1187, Alden, New York, 14004.

   **SO ORDERED.**

DATED:   New York, New York
       July 18, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge