UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS JAIME,

                              Plaintiff,                          **24 Civ. 266 (DEH) (GS)**

              -against-                                           **ORDER**

NEW YORK STATE OFFICERS,
*et al.*,

                              Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        The Court is in receipt of the July 19, 2024 letter from the Office of the Attorney General

("OAG") supplementing its response to Judge Ho's *Valentin* Order by identifying two additional

officers who Plaintiff may seek to sue.  In light of this letter, the Court *sua sponte* extends the

deadline for Plaintiff to file a Second Amended Complaint ("SAC") to **Friday, September 6,**

**2024**.  Plaintiff is directed to use the OAG's July 17, 2024 letter (Dkt. No. 15) and its

supplemental July 19, 2024 letter (Dkt. No. 17) as guidance to determine which additional

defendants to include in his SAC.  The Court's July 18, 2024 Order (Dkt. No. 16) otherwise

remains in effect.

        The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at

DIN: 22B4805, Wende Correctional Facility, P.O. Box 1187, Alden, New York, 14004.

        **SO ORDERED.**

DATED:        New York, New York
              July 22, 2024

                                              _____
                                              The Honorable Gary Stein
                                              United States Magistrate Judge