(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

RECEIVED
SENT PRO SE OFFICE

# UNITED STATES DISTRICT COURT JAM 9: 20

for the

~~Western~~ Southern District of New York

Amended Complaint #2
24-CV-00266

Luis Jaime

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

C.O. Matthew Maldonado #6995, C.O. Steven Bilka #6422, C-O. Christopher chester #6275, C.O. Tyron Patterson #8485, SCO Pasquale Cugliandro #2916, C-O. Christopher Roca #8315, T. Desharnais #140 and Major McKee #50

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 24-CV-00266
(to be filled in by the Clerk's Office)

JURY TRIAL: Yes ✓ No___

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        ~~Burenarendea~~ Luis Jaime

All other names by which you have been known:    N/A

ID Number      22B4805

Current Institution    Wende Correctional facility

Address    3040 wende road., P.O. Box 1187

Alden        NY      14004
*City*        *State*      *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      Steven Bilka

Job or Title *(if known)*    ~~officer~~ Court officer

Shield Number    6422

Employer    manhatten Criminal Court

Address    100 Centre Street

Newyork      NY      10013
*City*        *State*      *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name      matthew maldonado

Job or Title *(if known)*    ~~officer~~ Court Officer

Shield Number    6995

Employer    manhatten Criminal Court

Address    100 Centre Street

Newyork      NY      10013
*City*        *State*      *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name    Christopher Chester

Job or Title *(if known)*    ~~auauu~~ Court officer

Shield Number    6275

Employer    manhatten Criminal Court

Address    100 Centre Street

New york    NY    10013

     *City*      *State*      *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4

Name    Tyron PAtterson

Job or Title *(if known)*    ~~auauu~~ Court officer

Shield Number    8485

Employer    manhatten Criminal Court

Address    100 Centre Street

New york    NY    10013

     *City*      *State*      *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Also incuding Court officers S.o PasQuale, Cugliano #29 10
and Court officer Christopher Roca #8315. Sued in individual
Capacity and official Capacity for both defendants.

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

**A.**    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

**B.**    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

delliberate indifferance to Serious medical issue. Unreasanable
use of force. Cruel and Unusual punishment.

**C.**    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

*N|A*

**D.**   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *delliberate indifferant to Serious medical Issues Unreasanable use of force and Cruel and Unusual punishment.*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N|A*

**B.**   If the events giving rise to your claim arose in an institution, describe where and when they arose.
*manhatten Criminal Courthouse on the 12th floor by stair Case. Incedent took place ~~anywhere bellwider reootum for accidem~~, on Date November 30 2024.*

**C.**     What date and approximate time did the events giving rise to your claim(s) occur?

Anywhere between 12:00 pm to 2:30 pm

**D.**     What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?) As i was coming back from
Sentencing, on my way to thee holding cell bieng escorted by Tyron Patter Patterson,
Christopher Chester and Cugliandro Pasquale cuffed behined my back, i
Tripped and fell down a flight of steps due to tangling and
Triping On Tyron Pattersons leg foot and legs. As i was On the floor due
to Serious substantial pain on right Right Ankle, right leg, Left leg,
back, chest and head. I told off first told Turon Patterson, Sco Pasquale
and Christopher Chester that i need Emergancy meddical Attention
and Requested For Ems to be called due to me not able to get up due
to Serious pain. Court Officers refused to Call Ems and medical Assistance
and then Bilka Tyron Patterson, Christopher Chester, Cugliandro PasQuale,
Christopher Roca, Mathew maldonado and Steven Bilka proceded to use
**V.     Injuries** Unreusarable use of force Causing Added serious subtantial pain to upper and lower
body. Prior to thee Unreasable use of force i over herd officers making calls to gather
more Court officers.
If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive. Court Officers acted with malice
intent not making any attempt to call medical/Ems.
injuries
I sustained Serious Substantakgeave injuries to Right Ankle, right leg, left
leg, back, chest and head. Did not recieve any medical treatment.
I was not taken to thee outside hospital, No mri's x-eays, Catscans,
pulse check or vitals were afforded in thee above date.

**VI.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims. I am requesting $ 500 million dollars
for damages and punitive damages. the basis of my Claims are as
Follows: delliberate indifference to Serious medical injuries and treatment.
Unreasanable use of force, violating All of my civil Rights.
Creel and Unusual punishment. sustained mental injuries, mental Anguish,
Emotonal distress, permant injuries to Bodey upper and lower body. Unable to
Stand For a long period of time leg because legs give out. Unable to Stand up
Staig Straight or work out, run or indulge in Sports/ Physical Sports,
Cronic Right leg pain, back pain and lower back pain, All permanent
and lasting Symptoms.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Green haven Correctional facility.

**B.**   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

**C.**   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N|A

**D.**   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.**   If you did file a grievance:

1.   Where did you file the grievance?

Greenhaven Correctional facility.

2.   What did you claim in your grievance?

Unreasonable use of force, delliberate indifference to Serious medical needs and Cruel and Unusal punishment.

3.   What was the result, if any?

No- Response

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

No because of Transfer and grievence not in facility where it occured So facility can not investigate, due because incedent accourd at another facility.

**F.**      If you did not file a grievance:

     1.    If there are any reasons why you did not file a grievance, state them here:

N/A

     2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: *I filed a notice of intent to File a Claim to the Attorney General Office about incedent that transpired and manhatten Criminal Court.*

**G.**      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**A.**    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

**B.**    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

     Plaintiff(s) _____

     Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.    Docket or index number

     _____

4.    Name of Judge assigned to your case

     _____

5.    Approximate date of filing lawsuit

     _____

6.    Is the case still pending?

☐ Yes

☑ No

     If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

**IX.**   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   July 28 2024

Signature of Plaintiff   *Luis Jaime*

Printed Name of Plaintiff   Luis Jaime

Prison Identification #   22B4805

Prison Address   3040 Wende road, P.O. Box 1187

Alden                               NY          14004
City                                   State      Zip Code

**B.**   **For Attorneys**

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____

City                State         Zip Code

Telephone Number  _____
E-mail Address  _____

Print   Save As...   Add Attachment   Reset

Added Complaint of what happened to me.

All three Officers that were present Stated: i aint shit, ~~Manacled~~ i am a clown, Even if you were in pain we are not doing shit, we are going home, we do not have time to call medical or Ems, get the fuck up basterd!, You piece of shit, So what if you are in pain you are in Jail fagget, get up, ~~you~~ We dont care if you cant walk or your Ankle hurts, get up fagget, punk. ~~Occa~~ All Court officers then Stated: we dont bielieve you anyway we will Just right it up that you a refusing to get up, You know how falsify stuff and there are no Cameras in hear who is going to believe you, you piece of shit, get up! ~~oe~~ AS i was forced inside of thee holding cell and still cuffed behind my back Ems ~~com~~ Escort officers then Stated we are not calling medical or Ems were are going back to NYS prison at Greenhaven we will afford you a Cane and force you to walk, You Can Seek medical Attention Once you are in Green haven, I then told Ems please take me to free hospital which they ~~arn.~~

As i got back to Green haven i went
directly to medical clinic in Which i
Stated to nurse i need to go to the
Outside hospital i think something is
torn or broken. nurse check my leg
and determined that my Ankle
was swollen ignored taking taking
me to the hospital and told
Correction Officers to take me
back to my cell. Around late
December i was taken to the
Outside hospital by Sullivan Correctional
Facility N.P. Armbruster, in Which
Doctor N.P. Justin at Harris hospital
at Sullivan County determined that my
leg was swollen and recommended
and mri and for me to see a
Otherpdic$ Specialist for further
Assessments. As the results from
the incident i can not Stand for
a long time because my Legs give
out, Unable to run, work out or
Stand up Straight and walk with a
limp. Deed NP Justin Afforded Other
Contined and further treatment. →

As i was on thee floor inducing serious substantial pain to upper body, Lower body and head, and Legs L.T. Desharnais Continued mocking, disrespecting, cursing and demanding to get up forcefuly along with all Other Court officers that were involved in this incodent, L.T. Desharnais #140 and Mayor McKee #50 Also participated in thee unreasonable Unreasanable use of force and also were involved in denying me medreal Attention. N.P. Justin Afforded me a Ankle Sprain as a result of thee injuries —

Legal mail -

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: KuSdame          DIN: 22B4805

SDNY PRO SE OFFICE
2024 AUG -6  AM 9: 20

WENDE ★ CORRECTIONAL FACILITY

NEOPOST      FIRST CLASS MAIL
07/29/2024
**US POSTAGE $001.25**
                    ZIP 14004
                    041M11201521

Clerk of Court
United States District Court
U.S. Courthouse — 500 pearl Street
New york, New York   10007