UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS JAIME,

                            Plaintiff,                **24 Civ. 266 (DEH) (GS)**

                -against-                       **ORDER**

NEW YORK STATE OFFICERS,
*et al.*,

                          Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      By Order dated February 14, 2024, the Court granted Plaintiff's application to proceed *in forma pauperis* ("IFP"). (Dkt. No. 5). He is therefore entitled to rely on the Court and the U.S. Marshals Service to effect service on Defendants. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3); *see also* Dkt. No. 7 at 2.

      On October 3, 2024, the Court directed the Clerk of Court to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for Defendants. However, based on the docket, it appears that this did not occur. Therefore, the Clerk of Court is again directed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for Defendants Michael Desharnais, Steven Bilka, Matthew Maldonado, Christopher Chester, Christopher Roca, Pasquale Cugliandro, Michael McKee, and Tyron Patterson using the address appended to this Order. The Clerk is further instructed to issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the second amended complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).[1]  Plaintiff also must notify the Court if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**SO ORDERED.**

DATED:   New York, New York
         January 6, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

---

[1] Although Fed. R. Civ. P. 4(m) generally requires that a summons be served within 90 days of the date the complaint is filed, the Court extends the time to serve Defendants until 90 days after the date the summons is issued because Plaintiff is now proceeding IFP.

## SERVICE ADDRESS APPLICABLE TO ALL DEFENDANTS

1. Lieutenant Michael Desharnais
   New York County Criminal Court
   100 Centre Street
   New York, NY 10013

2. Court Officer Steven Bilka
   New York County Criminal Court
   100 Centre Street
   New York, NY 10013

3. Court Officer Matthew Maldonado
   New York County Criminal Court
   100 Centre Street
   New York, NY 10013

4. Court Officer Christopher Chester
   New York County Criminal Court
   100 Centre Street
   New York, NY 10013

5. Court Officer Tyron Patterson
   New York County Criminal Court
   100 Centre Street
   New York, NY 10013

6. Court Officer Christopher Roca
   New York County Criminal Court
   100 Centre Street
   New York, NY 10013

7. Senior Court Officer Pasquale Cugliandro
   New York County Criminal Court
   100 Centre Street
   New York, NY 10013

8. Major Michael Mckee
   New York County Criminal Court
   100 Centre Street
   New York, NY 10013