UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS JAIME,

               Plaintiff,

-against-

C.O. STEVEN BILKA #6422, C.O. MATTHEW MALDONADO #6995, C.O. CHRISTOPHER CHESTER #6275, C.O. TYRON PATTERSON #8485, S.C.O. PASQUALE CUGLIANDRO #2916, C.O. CHRISTOPHER ROCA #8315, L.T. DESHARNAIS #140, and MAJOR McKEE #50,

               Defendants.

No. 24 Civ. 266 (DEH) (GS)

**ORDER AUTHORIZING DEPOSITION OF INCARCERATED PLAINTIFF**

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Luis Jaime, DIN 22B4805, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located. At this time, Defendants are limited to one deposition of Plaintiff, not to be taken before December 1, 2025. Additionally, Defendants will pay special attention to ensure their compliance with Federal Rule of Civil Procedure 30(b)(1), and shall provide at least twenty-one days' notice of such deposition in light of the Plaintiff's incarcerated status.

      Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: New York, New York
       October 22, 2025

SO ORDERED

*Gary Stein*
_____
Hon. Gary Stein
United States Magistrate Judge