UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS JAIME,

                             Plaintiff,               **24 Civ. 266 (DEH) (GS)**

               -against-                    **<u>ORDER</u>**

NEW YORK STATE OFFICERS,
*et al.*,

                            Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

Defendants have filed letter motions to compel Plaintiff to provide Rule 26 Initial Disclosures, Discovery Responses, and HIPAA Authorization directed to NYS DOCCS. (Dkt. Nos. 59, 67). Plaintiff, who is incarcerated and proceeding *pro se*, did not submit a written response to these motions. The Court conducted a video conference with respect to Defendants' motions on February 24, 2026, which was attended by Plaintiff and counsel for Defendants. For the reasons discussed at the conference, Defendants' motions are **GRANTED** to the extent set forth below.

As background, Plaintiff initiated this action on January 1, 2024. (Dkt. No. 1). After Defendants filed their respective answers to Plaintiff's complaint (Dkt. Nos. 36–42, 44), this Court held an initial case management conference on August 15, 2025. (*See* Minute Entry on August 15, 2025). After adjournment of the conference to allow Plaintiff time to seek counsel, which did not occur, the conference was completed on October 17, 2025. (*See* Minute Entry on October 17, 2025). During that conference, this Court emphasized to Plaintiff that he needed to

comply with all discovery obligations, including the issuance of relevant HIPAA authorization forms to Defendants' counsel.  A Case Management Plan and Scheduling Order was issued on October 22, 2025.  (Dkt. No. 53).  To date, Defendants have received no responses to their discovery requests, have not received Plaintiff's initial disclosures, and have not received a HIPAA authorization as to DOCCS (although Plaintiff did provide a HIPAA authorization as to Garnet Health Medical Center-Catskills).  (*See* Dkt. Nos. 59, 63, 65, 67, 68).

At the February 24, 2026 conference, Plaintiff stated that he wishes to and will respond to Defendants' discovery requests (which include both interrogatories and requests for production of documents), provide his Rule 26 Initial Disclosures, and provide a HIPAA authorization as to DOCCS.  Plaintiff also stated that he is actively attempting to retain counsel to represent him in this case.

Accordingly, and as discussed during the conference, it is hereby ORDERED that:

1.  Plaintiff shall provide the signed HIPAA authorization form as to DOCCS to Defendants by no later than March 3, 2026.  Alternatively, should Plaintiff prove unable to find a blank copy of this form, he shall write a letter to Defendants' counsel and file a letter on the docket in this matter requesting an additional copy by no later than March 3, 2026.

2.  Plaintiff shall respond to Defendants' first set of document requests and first set of interrogatories by no later than March 26, 2026.  If Plaintiff is no longer in possession of the discovery requests, he shall write a letter to Defendants' counsel

2

and file a letter on the docket in this matter requesting additional copies by no later than March 3, 2026.

3.   Plaintiff shall provide his initial disclosures pursuant to Fed. R. Civ. P. 26(a) to Defendants by no later than March 26, 2026.

4.   Should Plaintiff retain counsel in this matter, and require more time to respond to Defendants' discovery requests and/or provide his Initial Disclosures, he (either personally or through his counsel) may request extensions to any of the above deadlines, but must do so prior to the expiration of the applicable deadline(s) as set forth above.

The parties shall provide a joint status update letter as to the matters above by no later than April 2, 2026.  The Clerk of Court is respectfully directed to close the open motions at Docket Numbers 59 and 67.

**SO ORDERED.**

DATED:     New York, New York
           February 24, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

3