**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
LUIS JAIME,

                              Plaintiff,

                -against-

NEW YORK STATE OFFICERS, *et al.,*

                        Defendants.
-------------------------------------------------------------------------X

**24 Civ. 0266 (DEH) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter indicating mailing of responses to Defendants' interrogatories.  (Dkt. No. 83).  Plaintiff's letter does not indicate whether he mailed his initial disclosures or responses to Defendants' requests for production.  Defendants shall file a letter by no later than Friday, May 22, indicating whether they have received any discovery material from Plaintiff.

      **SO ORDERED.**

DATED:     New York, New York
             May 18, 2026

                                               _____
                                       The Honorable Gary Stein
                                       United States Magistrate Judge