UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUIS JAIME,

                            Plaintiff,                **24 Civ. 266 (DEH) (GS)**

             -against-                      **ORDER**

NEW YORK STATE OFFICERS,
*et al.*,

                          Defendants.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Defendants' May 19 letter outlining the ongoing discovery deficiencies in this action (Dkt. No. 85), and Plaintiff's May 19 letter, addressed May 7, addressing several of these same deficiencies (Dkt. No. 86).

Plaintiff's letter attaches answers to Defendants' interrogatories. (Dkt. No. 86 at 4–11). However, Plaintiff's letter does not address the alleged deficiencies as to his responses to Defendants' first set of requests for production of documents or his initial disclosures. As discussed initially by this Court during an October 17, 2025 hearing, Plaintiff must provide his Rule 26 initial disclosures to Defendants, and was initially ordered to do so by December 1, 2025. (*See* Dkt. No. 67-1 at 29:18–30:17). The Court has twice extended this deadline for Plaintiff. (Dkt. Nos. 70, 75). Additionally, Plaintiff must provide the documents he apparently stated "will be provided" or "will be submitted" in response to Defendants' requests for production of documents. (Dkt. No. 85 at 3). Despite the initial deadline for these materials having passed almost six months ago (*See* Dkt. No. 67-1 at 23:5–25:8,

30:18–31:17), Defendants still await these preliminary pieces of discovery.

In light of Plaintiff's apparent, albeit deficient, efforts to comply with the Court's orders, the Court extends the deadline for Plaintiff to provide his Rule 26 initial disclosures to Defendants and provide documents responsive to Defendants' first set of requests for production to Tuesday, June 30, 2026.  Plaintiff is additionally encouraged to send copies of these materials to the Court to ensure they are received and accounted for.  Plaintiff is hereby warned that failure to meet this deadline may result in a recommendation of dismissal of this action for failure to prosecute.  Additionally, given Plaintiff's statement that he has not received Defendants' initial disclosures (Dkt. No. 86 at 2), although Defendants previously attested to service of such documents (Dkt. No. 67-1 at 29:12–14), Defendants are ordered to re-serve these disclosures and file proof of service by no later than Wednesday, June 3, 2026.  The parties shall provide a joint status letter as to these matters by Tuesday, July 7, 2026.

**SO ORDERED.**

DATED:     New York, New York
                  May 29, 2026

_____

The Honorable Gary Stein
United States Magistrate Judge

2